**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Alicia Brambila, )<br>)<br>Defendant. )<br>_____ ) | CR 10-531-1-PHX-GMS<br><br>**DETENTION ORDER** |

A detention hearing on the Petition on Probation were held on September 23, 2011.

**THE COURT FINDS** that the Defendant has failed to sustain her burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that she is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 27th day of September, 2011.

_____
Lawrence O. Anderson
United States Magistrate Judge